**Juan CARRERO–VASQUEZ, Plaintiff–Appellant,**

v.

**Mr. Gregg L. HERSHBERGER, (Warden) R.C.I.; Medical Dept. of Roxbury Correctional Institution; P.A. Crystal Swecker; Mr. Greg Davis, Health Service Administrator; Dr. Jonathan Thompson; Mrs. Mary Westfall, Regional Director of Nursing; Mrs. Stacey King; Mrs. Marcy McDowell–Duddy, Consulting HSA; Mr. Salik Ali, Regional Medical Director; Medical Dept. of Jessup Correctional Institu-**

tion; P.A. Moss; Nurse Jeff; Corizon Medical Services (Company), Corporate Headquarters; Operations Headquarter, Defendants–Appellees.

No. 12–8099.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Juan Carrero–Vasquez, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland; Jennifer E. Cameron, Michelle Jacquelyn Marzullo, Benjamin L. Davis, III, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carrero–Vasquez appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carrero–Vasquez v. Hershberger*, No. 1:12–cv–01264–RDB (D. Md. Nov. 5, 2012; Dec. 13, 2012). We deny Carrero–Vasquez's motion to compel and we dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*